

NUMBER 13-15-00016-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

REFUGIO INDEPENDENT
SCHOOL DISTRICT,                                                    **Appellant,**

**v.**

RAM-BRO CONTRACTING, INC.,
PROFESSIONAL SERVICES
INDUSTRIES, INC., AND D. S. A.,
INC.,                                                              **Appellees.**

## On appeal from the 24th District Court
## of Calhoun County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellant, Refugio Independent School District, perfected an appeal from a

judgment entered by the 24th District Court of Calhoun County, Texas, in cause number

14-09-2274.   Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties have reached an agreement to settle and compromise their differences. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and the unopposed motion to dismiss, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a). The motion to dismiss is granted, and the appeal is hereby DISMISSED.   In accordance with the agreement of the parties, costs are taxed against the party incurring same.   *See id.* 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
2nd day of July, 2015.